1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11    MARIA M. CAMACHO,        )   Case No. EDCV 12-1155 JC
12              Plaintiff,   )
13           v.            )   JUDGMENT
14                     )
15    MICHAEL J. ASTRUE,       )
    Commissioner of Social      )
16    Security,                )
17           Defendant.    )
   _____

18
19      IT IS HEREBY ADJUDGED that the decision of the Commissioner of
20 Social Security is reversed in part and the matter is remanded for further
21 administrative action consistent with the Memorandum Opinion and Order of
22 Remand filed concurrently herewith.

23
24 DATED:  February 15, 2013

25
26                              /s/
                _____
27                 Honorable Jacqueline Chooljian
28                 UNITED STATES MAGISTRATE JUDGE